# Third District Court of Appeal

## State of Florida

Opinion filed May 26, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0908
Lower Tribunal No. F98-3144A

_____

**Travis Rollins,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Robert T. Watson, Judge.

Travis Rollins, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.